JOHN  M.  HELCK,  as  Administrator,  etc.,  Appellant,  *v.*
HENRY REINHEIMER *et al.*, Impleaded, etc., Respondents.

*Court of Appeals, April* 22, 1890.

See 14 N. Y. St. Rep. 465.

*Appeal.  Order not final.*—An order of the general term granting a motion
   to vacate an order and judgment for costs, which were irregularly en-
   tered, but without prejudice, however, to an application at special
   term for costs, is not a final order, and, therefore, not appealable to
   the court of appeals.

Appeal  from  an  order  of  the  general  term  of  the  su-
preme  court,  reversing  order  and  judgment  for  costs,  with-
out prejudice to  the application  to  special  term  for  costs
on  appeal to  general term, and  to  the  court of appeals for
costs of the appeal to the latter court.

*John F. Anderson*, for appellant.

*T. F. Bush*, for respondent.

PER CURIAM.—We  dismiss  this  appeal because  the  or-
der is not final.   It leaves the right involved to  the  future
action  of  the  supreme court, and  having  been  irregularly
entered  without  the  authority of  that  court was liable  to
be vacated, and we must either affirm the  order  or  dismiss
the  appeal.   The  latter  remedy  will  leave  the  ultimate
question  open  to  the  privilege  conferred  by the  general
term, since the remittitur from this court awarded  costs  of
the appeal in this court, and went no further than that.

Appeal dismissed with costs.

**All concur.**